IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BOBBY DWAYNE WILLIAMS**                                                    **PLAINTIFF**

**V.**                              **CASE NO. 5:13-CV-5211**

**CHAPLAIN BILL TRUEBLOOD;**
**SHERIFF TIM HELDER; and**
**PREACHER DONNY KELLY**                                              **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 34) filed in this case on February 9, 2015,  by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment (Doc. 27) is **GRANTED**; however, this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this __12th__ day of March, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE