IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BOBBY DWAYNE WILLIAMS                                    PLAINTIFF

V.                              CASE NO. 5:13-CV-05211

CHAPLAIN BILL TRUEBLOOD;
SHERIFF TIM HELDER; and
PREACHER DONNY KELLY                                  DEFENDANTS

## JUDGMENT

The Report and Recommendation filed in this case on February 9, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas, is **ADOPTED**. Defendants' Motion for Summary Judgment (Doc. 27) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 31st day of July, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE